O

# United States District Court
# Central District of California

| | |
|---|---|
| In re: | Case № 5:15-cv-01562-ODW |
| | U.S. Bankruptcy Court Case Nos. |
| CITY OF SAN BERNARDINO, |    Adverse Action: 6:15-ap-01119-MJ |
| CALIFORNIA, |    Main Action: 6:12-bk-28006-MJ |
|          Debtor. | |
| | **REQUEST FOR SUPPLEMENTAL BRIEFING** |
| SAN BERNARDINO CITY PROFESSIONAL FIREFIGHTERS, LOCAL 891; GREGORY PARKER; SAM BASHAW; CHRIS NIGG; THOMAS JEFF ENGLISH; RICHARD LENTINE; STEVE TRACY; and KENNETH KONIOR, | |
|          Appellants, | |
|    v. | |
| CITY OF SAN BERNARDINO, CALIFORNIA; and ALAN PARKER, | |
|          Appellees. | |

After reviewing the briefs and excerpts of record filed in this appeal, the Court requests that the parties submit briefing on the following issues:

(1) Whether the City of San Bernardino is still considering outsourcing firefighting services to a private entity, and thus if the question whether state law prohibits the outsourcing of firefighting services to a private entity is moot. *See Calderon v. Moore*, 518 U.S. 149, 150 (1996) (issues that are mooted by intervening events after an appeal is taken should be dismissed).

(2) Whether there are any disputed issues of fact with respect to the foregoing question that must be determined by the bankruptcy court in the first instance, *see Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 193–94 (2000), or whether this Court may determine the issue as a matter of law on appeal.

(3) Whether, if the issue is indeed moot, the bankruptcy court's factual and/or legal findings with respect to that issue should be vacated in addition to dismissing that portion of the appeal. *See NASD Dispute Resolution, Inc. v. Judicial Council of State of Cal.*, 488 F.3d 1065, 1068 (9th Cir. 2007).

Appellee City of San Bernardino shall file a brief addressing the above-referenced issues on or before **December 4, 2015**. Appellants shall file a responsive brief on or before **December 18, 2015**. Each brief shall not exceed ten pages. The parties may also file any documents that are relevant to these issues and that are appropriate for consideration on appeal.

**IT IS SO ORDERED.**

November 23, 2015

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE